UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDWIN LEON,

Defendant.

15-CR-877-03 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from Christine Leon on behalf of her son, seeking his release in light of the COVID-19 epidemic. The Court asks that, by Thursday, May 28, 2020, defense counsel for Mr. Leon file a letter on the docket of this case addressing whether Mr. Leon is entitled to compassionate release; and that the Government filed its response by Monday, June 1, 2020.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 26, 2020
       New York, New York

C. Reor
1158 131st S
Bx NY 10454

District Judge: Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
NY, NY 10607



Christine Leon
415 East 137th Street
Bronx, New York 10454
May 4, 2020

District Judge: Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Inmate Release Due To Covid19 Outbreak
To: Hon. Paul A. Engelmayer

Hi, let me introduce myself, my name is Mrs. Leon. Edwin Leon inmate # 77314054. I am writing to you this letter out of great concern for his health. As you are aware that he is a server chronic asthmatic and upon his asthma attack he turns blue. He also has some other health issues such as mental health issues, pericarditis, and psoriasis. He was diagnosed at birth with being a chronic asthmatic then within time due to so many asthma attacks he developed pericarditis (heart problems). At the age of 3, he was diagnosed with mental health issues due to numerous asthma medication. Edwin my only son I have, I fear that the Federal Prison will not be able to properly care for him if he was to be in contact with this deadly Covid 19 virus. I am asking you as his mother to please consider his health and please release him for the well being of his health. Edwin is a kind hearted person, non problematic, respectful to all. Both of his parents are battling cancer. My cancer came back after 5 years after surgery. His father, Mr. Leon, a United States Army Veteran whom over this summer has been diagnosed with multiple myeloma. A condition in which your body produces cancer cells instead of blood cells. I hope that you can understand my concern for my son's health being. I thank you for considering an early release under the Covid 19 Virus Outbreak as well as the government's concern for the inmates that health will be at high risk for this deadly virus. I am pleading for my son's health that you will highly consider his release. Thank you so much for your understanding.

Sincerely,
Mrs. Christine Leon
917-865-2450